LATHAM & WATKINS LLP
Michael H. Rubin (CA Bar No. 214636)
  *michael.rubin@lw.com*
Elizabeth L. Deeley (CA Bar No. 230798)
  *elizabeth.deeley@lw.com*
Melanie M. Blunschi (CA Bar No. 234264)
  *melanie.blunschi@lw.com*
Joseph C. Hansen (CA Bar No. 275147)
  *joseph.hansen@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600

*Attorneys for Defendant
Otonomo Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMAN MOLLAEI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OTONOMO INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:22-cv-02854<br><br>**NOTICE OF APPEARANCE OF MELANIE M. BLUNSCHI** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
MELANIE M. BLUNSCHI
CASE NO. 3:22-cv-02854

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Melanie M. Blunschi of Latham & Watkins LLP hereby enters her appearance in the above-captioned matter as counsel of record on behalf of Defendant Otonomo Inc. and respectfully requests that all pleadings, notice, orders, correspondence and other papers in connection with this matter be served upon her at the following address:

Melanie M. Blunschi
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: melanie.blunschi@lw.com

Melanie M. Blunschi is admitted to practice, and is in good standing, in the Northern District of California.

DATED: May 13, 2022               Respectfully submitted,

                                  LATHAM & WATKINS LLP

                                  /s/ Melanie M. Blunschi
                                  Michael H. Rubin (CA Bar No. 214636)
                                    michael.rubin@lw.com
                                  Elizabeth L. Deeley (CA Bar No. 230798)
                                    elizabeth.deeley@lw.com
                                  Melanie M. Blunschi (CA Bar No. 234264)
                                    melanie.blunschi@lw.com
                                  Joseph C. Hansen (CA Bar No. 275147)
                                    joseph.hansen@lw.com
                                  505 Montgomery Street, Suite 2000
                                  San Francisco, California  94111-6538
                                  Telephone: +1.415.391.0600
                                  Facsimile: +1.415.395.8095

                                  *Attorneys for Defendant Otonomo Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOTICE OF APPEARANCE OF
MELANIE M. BLUNSCHI
CASE NO. 3:22-cv-02854