1  LATHAM & WATKINS LLP
   Michael H. Rubin (CA Bar No. 214636)
2    *michael.rubin@lw.com*
   Elizabeth L. Deeley (CA Bar No. 230798)
3    *elizabeth.deeley@lw.com*
   Melanie M. Blunschi (CA Bar No. 234264)
4    *melanie.blunschi@lw.com*
   Joseph C. Hansen (CA Bar No. 275147)
5    *joseph.hansen@lw.com*
   505 Montgomery Street, Suite 2000
6  San Francisco, California 94111-6538
   Telephone: +1.415.391.0600

*Attorneys for Defendant*
*Otonomo Inc.*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SAMAN MOLLAEI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OTONOMO INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:22-cv-02854-DMR<br><br>**JOINT STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(a) EXTENDING TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |

| | |
|---|---|
| 1 | Plaintiff Saman Mollaei and Defendant Otonomo Inc. ("Otonomo") (collectively, the |
| 2 | "Parties"), by and through their respective counsel of record herein and without waiving any |
| 3 | right, claim, or defense they may have in this action, enter into this stipulation pursuant to Civil |
| 4 | Local Rule 6-1(a), with reference to the following circumstances: |
| 5 |     1.    Plaintiff filed his Complaint on April 11, 2022 in the Superior Court of California |
| 6 | for the City and County of San Francisco, (Dkt. No. 1, Ex. A), which was styled as a putative |
| 7 | class action. |
| 8 |     2.    Plaintiff served Otonomo with the Complaint on April 15, 2022 (Dkt. 1, Ex. C). |
| 9 |     3.    Otonomo removed the action to this Court on May 13, 2022 (Dkt. 1). |
| 10 |     4.    Absent an extension of time, Otonomo would be due to answer, move, or |
| 11 | otherwise respond to the Complaint on May 20, 2022. |
| 12 |     5.    The Parties agree that enlarging Otonomo's time to answer, move, or otherwise |
| 13 | respond to the Complaint would not alter or otherwise impact the date of any event or any |
| 14 | deadline already fixed by Court order. |
| 15 |     6.    Otonomo has not previously requested an extension of the deadline to answer, |
| 16 | move, or otherwise respond to the Complaint in the above-captioned action. |
| 17 | Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the Parties, |
| 18 | pursuant to Civil Local Rule 6-1(a), that Otonomo's time to answer, move, or otherwise respond |
| 19 | shall be extended from May 20, 2022, to June 21, 2022. |
| 20 | **IT IS SO STIPULATED.** |
| 21 | Respectfully submitted, |
| 22 | DATED: May 17, 2022    LATHAM & WATKINS LLP |
| 23 | By: */s/ Melanie M. Blunschi* |
| 24 | LATHAM & WATKINS LLP<br>Michael H. Rubin (CA Bar No. 214636) |
| 25 | *michael.rubin@lw.com*<br>Elizabeth L. Deeley (CA Bar No. 230798) |
| 26 | *elizabeth.deeley@lw.com*<br>Melanie M. Blunschi (CA Bar No. 234264) |
| 27 | *melanie.blunschi@lw.com*<br>Joseph C. Hansen (CA Bar No. 275147) |
| 28 | *joseph.hansen@lw.com* |

|   |   |   |
|---|---|---|
| 1 | | 505 Montgomery Street, Suite 2000 |
| 2 | | San Francisco, California 94111-6538 |
|   | | Telephone: +1.415.391.0600 |
| 3 | | Facsimile: +1.415.395.8095 |
| 4 | | *Attorneys for Defendant Otonomo Inc.* |
| 5 | DATED: May 17, 2022 | EDELSON PC |
| 6 | | |
| 7 | | By: */s/ Rafey S. Balabanian* |
| 8 | | Rafey S. Balabanian (SBN 315962) |
|   | | rbalabanian@edelson.com |
| 9 | | EDELSON PC |
|   | | 150 California Street, 18th Floor |
| 10 | | San Francisco, California 94111 |
|   | | Telephone: +1415.212.9300 |
| 11 | | Facsimile: +1.415.373.9435 |
| 12 | | J. Eli-Wade Scott* |
|   | | ewadescott@edelson.com |
| 13 | | Schuyler Ufkes* |
|   | | sufkes@edelson.com |
| 14 | | EDELSON PC |
|   | | 350 North LaSalle Street, 14th Floor |
| 15 | | Chicago, Illinois 60654 |
|   | | Tel: +1.312.589.6370 |
| 16 | | Fax: +1.312.589.6378 |
| 17 | | *Attorneys for Plaintiff Saman Mollaei* |
| 18 | | *Admission pro hac vice to be sought |

## **ATTORNEY ATTESTATION**

I, Melanie M. Blunschi, attest that concurrence in the filing of this Joint Stipulation Pursuant to Local Rule 6-1(a) Extending Time for Defendant to Respond to the Complaint has been obtained from the signatory.

DATED: May 17, 2022

*/s/ Melanie M. Blunschi*
Melanie M. Blunschi
of LATHAM & WATKINS LLP