**LATHAM & WATKINS LLP**
Michael H. Rubin (CA Bar No. 214636)
  michael.rubin@lw.com
Elizabeth L. Deeley (CA Bar No. 230798)
  elizabeth.deeley@lw.com
Melanie M Blunschi (CA Bar No. 234264)
  melanie.blunschi@lw.com
Joseph C. Hansen (CA Bar No. 275147)
  joseph.hansen@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Otonomo Inc.*

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SAMAN MOLLAEI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OTONOMO INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:22-cv-02854-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Honorable Jon S. Tigar |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND [PROPOSED] ORDER RE:
MOT. TO DISMISS BRIEFING SCHEDULE
CASE NO. 4:22-cv-02854-JST

Plaintiff Saman Mollaei and Defendant Otonomo Inc. ("Otonomo") (collectively, the "Parties"), by and through their respective counsel of record herein and without waiving any right, claim, or defense they may have in this action, enter into this stipulation pursuant to Civil Local Rule 6-2, with reference to the following circumstances:

WHEREAS, Plaintiff filed his Complaint on April 11, 2022 in the Superior Court of California for the City and County of San Francisco, which was styled as a putative class action;

WHEREAS, Plaintiff served Otonomo with the Complaint on April 15, 2022;

WHEREAS, Otonomo removed the case to the Northern District of California on May 13, 2022 (Dkt. 1);

WHEREAS, the Parties stipulated on May 17, 2022, pursuant to Civil Local Rule 6-1(a), to extend Otonomo's time to answer, move, or otherwise to Plaintiff's complaint from May 20, 2022, to June 21, 2022 (Dkt. 12);

WHEREAS, Otonomo filed its Motion to Dismiss Class Action Complaint ("Motion to Dismiss") on June 13, 2022 (Dkt. 21);

WHEREAS, pursuant to the Civil Local Rules for the Northern District of California, Plaintiff's Opposition to Otonomo's Motion to Dismiss will be due June 27, 2022;

WHEREAS, pursuant to the Civil Local Rules for the Northern District of California, Otonomo's Reply in support of its Motion to Dismiss will be due July 5, 2022;

WHEREAS, the parties have met and conferred and agree that it is appropriate to extend the briefing deadlines regarding Otonomo's Motion to Dismiss;

WHEREAS, the parties submit that good cause exists to extend the briefing schedule given the novel legal questions at issue, as well as the July 4th holiday and previously planned travel; Plaintiff requires additional time to consider Defendant's arguments, and Defendant anticipates it will require additional time on reply;

WHEREAS, this extension of time will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, this extension of time will not affect the hearing date for Otonomo's Motion to Dismiss, which has been noticed for October 6, 2022;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the parties hereby stipulate, subject to Court approval, that the briefing schedule will be modified as follows:

1. Plaintiff's Opposition to Otonomo's Motion to Dismiss will be due on July 13, 2022; and

2. Otonomo's Reply in Support of its Motion to Dismiss will be due on July 28, 2022.

Respectfully submitted,

DATED:  June 16, 2022         LATHAM & WATKINS LLP

By: */s/ Melanie M. Blunschi*

LATHAM & WATKINS LLP
Michael H. Rubin (CA Bar No. 214636)
*michael.rubin@lw.com*
Elizabeth L. Deeley (CA Bar No. 230798)
*elizabeth.deeley@lw.com*
Melanie M. Blunschi (CA Bar No. 234264)
*melanie.blunschi@lw.com*
Joseph C. Hansen (CA Bar No. 275147)
*joseph.hansen@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600

*Attorneys for Defendant Otonomo Inc.*

DATED:  June 16, 2022         EDELSON PC

By: */s/ Schuyler Ufkes*

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Telephone:  +1415.212.9300

J. Eli-Wade Scott (Admitted *pro hac vice*)
ewadescott@edelson.com
Schuyler Ufkes (Admitted *pro hac vice*)
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone:  +1.312.589.6370

*Attorneys for Plaintiff Saman Mollaei*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION AND [PROPOSED] ORDER RE:
MOT. TO DISMISS BRIEFING SCHEDULE
CASE NO. 4:22-cv-02854-JST

[PROPOSED] ORDER

Upon consideration of the parties' Joint Stipulation and [Proposed] Order Setting Motion to Dismiss Briefing Schedule, the Court finds that good cause for the requested extension has been shown and **GRANTS** the parties' Stipulation:

1. Plaintiff's Opposition to Otonomo's Motion to Dismiss will be due on July 13, 2022; and

2. Otonomo's Reply in Support of its Motion to Dismiss will be due on July 28, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Jon S. Tigar
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION AND [PROPOSED] ORDER RE:
MOT. TO DISMISS BRIEFING SCHEDULE
CASE NO. 4:22-cv-02854-JST

**ATTORNEY ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation and [Proposed] Order Setting Motion to Dismiss Briefing Schedule. Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained. Executed this 16th day of June 2022, in San Francisco, California.

DATED: June 16, 2022

*/s/ Melanie M. Blunschi*
Melanie M. Blunschi
of LATHAM & WATKINS LLP

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION AND [PROPOSED] ORDER RE:
MOT. TO DISMISS BRIEFING SCHEDULE
CASE NO. 4:22-cv-02854-JST