UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMAN MOLLAEI,<br><br>        Plaintiff,<br><br>    v.<br><br>OTONOMO INC.,<br><br>        Defendant. | Case No. 22-cv-02854-TLT<br><br>**JUDGMENT** |

On January 18, 2023, the Court granted Defendant's motion to dismiss without leave to amend. ECF No. 42. Pursuant to Federal Rules of Civil Procedure Rule 58, the Court hereby enters judgment of dismissal of this action in favor of Defendant and against Plaintiff. The Clerk shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 18, 2023

_____
TRINA L. THOMPSON
United States District Judge