1  **LATHAM & WATKINS LLP**
   Michael H. Rubin (CA Bar No. 214636)
2    *michael.rubin@lw.com*
   Melanie M. Blunschi (CA Bar No. 234264)
3    *melanie.blunschi@lw.com*
   Joseph C. Hansen (CA Bar No. 275147)
4    *joseph.hansen@lw.com*
   505 Montgomery Street, Suite 2000
5  San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
6
   *Attorneys for Defendant Otonomo Inc.*
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| | |
|---|---|
| SAMAN MOLLAEI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OTONOMO INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:22-cv-02854-TLT<br><br>**DEFENDANT OTONOMO INC.'S NOTICE OF CHANGE IN COUNSEL** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 5-1(c)(2)(C), the undersigned counsel gives notice that Elizabeth L. Deeley hereby withdraws as counsel for Defendant Otonomo Inc.  Ms. Deeley is no longer associated with the firm of Latham & Watkins LLP and therefore withdraws as counsel of record.  Michael H. Rubin, Melanie M. Blunschi, and Joseph C. Hansen of Latham & Watkins LLP remain as counsel for Defendant, and should continue to be included on the docket and service list.

Dated:  January 22, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

By */s/ Melanie M. Blunschi*
Melanie M. Blunschi (CA Bar No. 234264)
*melanie.blunschi@lw.com*
Michael H. Rubin (CA Bar No. 214636)
*michael.rubin@lw.com*
Joseph C. Hansen (CA Bar No. 275147)
*joseph.hansen@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Otonomo Inc.*